| AO 10 Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2018 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Wilkins, Robert L. | 2. Court or Organization U.S. Court of Appeals for the District of Columbia Circuit | 3. Date of Report 5/15/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Circuit Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2018 to 12/31/2018 |

**7. Chambers or Office Address**

U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, N.W.
Washington, D.C. 20001

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Governors | Lawyers' Club of Washington |
| 2. | Proprietor | Proud Legacy Publishing |
| 3. | Consultant | Seventh Child Productions (documentary film); received opinion from the Code of Conduct Committee on 4/4/2017 |
| 4. | Trustee | Family trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 12/01/2018 | Robert L. WIlkins and Seventh Child Productions, LLC; Literary Option/Purchase Agreement. Extension of 2017 agreement to option rights to book for documentary |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, Robert L. | 5/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Proud Legacy Publishing, book royalties | $10,574.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Administrative Office of the U.S. Courts | Jan. 3-5, 2018 | Miami, FL | Meeting of the Committee on Judicial Security | Transportation, hotel, meals |
| 2. | Faegre Baker Daniels | Jan. 24-26, 2018 | Indianapolis, IN | MLK Diversity Program, cohosted with IU Law, other schools - speaker | Transportation, hotel, meals |
| 3. | Rose-Hulman Inst of Tech | March 27-29 | Terre Haute, IN | Diversity program - Book talk | Transportation, hotel, meals |
| 4. | Harvard Black Law Students Association | April 6-7, 2018 | Cambridge, MA | Conference - speaker and awardee | Transportation, hotel, meals |
| 5. | Federal Judges Association | May 7-8, 2018 | Washington, DC | Conference - speaker | Parking, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, Robert L. | 5/15/2019 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Univ. of Cincinnati Law School | September 16-17, 2018 | Cincinnati, OH | Constitution Day speaker | Transportation, Hotel, Meals |
| 7. | Indiana Univ. School of Law | September 27-28, 2018 | Indianapolis, IN | Birch Bayh Lecture - speaker | Transportation, Hotel, Meals |
| 8. | Assoc for the Study of African American Life and History | October 3-4, 2018 | Indianapolis, IN | Conference, Book talk | Transportation, Hotel, Meals |
| 9. | Gilman School | October 25, 2018 | Baltimore, MD | Diversity program - book talk | Transportation (mileage) |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, Robert L. | 5/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Phill Thomas (college fraternity brother) | Tickets to Washington Nationals All-Star game and home run derby | $700.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Rochester Institute of Technology | Tuition payments | None |
| 2. | Discover | Credit Card | K |
| 3. | Oberlin College | Tuition payments | None |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, Robert L. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Rental Property - Muncie, IN | D | Rent | L | S | | | | | |
| 2. DC College Savings Plan #1 | A | Int./Div. | L | T | | | | | |
| 3. --Principal Protected Portfolio | B | Int./Div. | K | T | Distributed (part) | 01/22/18 | K | | |
| 4. --Principal Protected Portfolio | | | | | Distributed (part) | 07/09/18 | J | | |
| 5. --Principal Protected Portfolio | | | | | Distributed (part) | 07/23/18 | J | | |
| 6. --Principal Protected Portfolio | | | | | Distributed (part) | 10/08/18 | K | | |
| 7. DC College Savings Plan #2 | A | Int./Div. | J | T | | | | | |
| 8. --Principal Protected Portfolio | A | Int./Div. | J | T | Distributed (part) | 07/23/18 | J | | |
| 9. --Principal Protected Portfolio | | | | | Distributed (part) | 10/08/18 | J | | |
| 10. --Principal Protected Portfolio | | | | | Distributed (part) | 10/08/18 | J | | |
| 11. Cabrillo FCU Accounts | A | Int./Div. | K | T | | | | | |
| 12. Justice FCU Accounts | A | Int./Div. | J | T | | | | | |
| 13. IRA #1 - Charles Schwab Funds | | | | | Closed | 03/05/18 | N | | |
| 14. -CRM Small Cap Value Instl | A | Int./Div. | | | Distributed | 03/05/18 | K | | |
| 15. -American Funds EuroPacific Gr R6 | A | Int./Div. | | | Distributed | 03/05/18 | K | | |
| 16. -Vanguard Total Bond Market I (X) | A | Int./Div. | | | Distributed | 03/05/18 | M | | |
| 17. -Vanguard Federal Money Market Investor | A | Interest | | | Distributed | 03/05/18 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, Robert L. | 5/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #2 - Charles Schwab Funds IRA | | | | | Open | 03/05/18 | M | | |
| 19. --Charles Schwab Bank | A | Interest | M | T | Buy | 03/05/18 | M | | |
| 20. IRA #3 - ING Plans | | | | | | | | | |
| 21. --Vanguard Target Retire 2030 Tr | A | Int./Div. | L | T | | | | | |
| 22. --Brown Cap Mgmt Small Co Instl | A | Int./Div. | K | T | | | | | |
| 23. Engraving & Printing FCU Account | A | Int./Div. | J | T | | | | | |
| 24. Thrive FCU Accounts (fka Industrial Centre FCU) | A | Int./Div. | J | T | | | | | |
| 25. PNC Bank - Proud Legacy Publishing Account | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilkins, Robert L.** | 5/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I.  The trust has no reportable assets for 2018.

Part III.A. Gross income from sales of book published on 9/13/2016.

Part VII. Assessed value of Muncie, IN rental property was $55,300 for 2018.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert L. Wilkins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544